EXHIBIT 6

| # | Name of Recipient | State | Description | Payment | Amount | Date of Payment |
|---|---|---|---|---|---|---|
| 1 | Guy Caldwell PhD | AL | | 1st | $36,298.25 | 31-Dec-02 |
| | | | | 2nd | $36,298.25 | 15-Jul-03 |
| | | | | 3rd | $36,298.25 | 1-Jan-04 |
| | | | | 4th | $36,298.25 | 1-Jul-04 |
| | | | | Total= $145,193.00 | | |
| 2 | Michael Sierks PhD | AZ | | 1st | $62,500.00 | 3-Dec-03 |
| | | | | 2nd | $62,500.00 | 1-Jun-04 |
| | | | | 3rd | $62,500.00 | 4-Dec-04 |
| 3 | Jeffrey Joyce PhD | AZ | | 1st | $25,000.00 | 24-Jan-03 |
| | | | | 2nd | $25,000.00 | 24-Jun-03 |
| 4 | Lih-Fen Lue PhD | AZ | | 1st | $60,112.50 | 24-Jan-03 |
| | | | | 2nd | $60,112.50 | 1-Dec-03 |
| | | | | 3rd | $60,112.50 | 1-Jun-04 |
| 5 | Douglas PhD | AZ | Research aimed at accelerating the cure for Parkinson's disease. | 1st | $59,375.00 | 24-Jun-03 |
| | | | | 2nd | $59,375.00 | 1-Dec-03 |
| | | | | 3rd | $59,375.00 | 1-Jun-04 |
| | | | | 4th | $59,375.00 | 1-Dec-04 |
| | | | | Total = $655,337.50 | | |
| 6 | Seueng-Jae Lee PhD | CA | | 1st | $55,948.50 | 3-Dec-03 |
| | | | | 2nd | $55,948.50 | 1-Jun-04 |
| | | | | 3rd | $56,247.00 | 4-Dec-04 |
| 7 | Susan PhD | CA | | 1st | $84,326.25 | 1-Jun-04 |
| | | | | 2nd | $84,326.25 | 1-Dec-04 |
| 8 | Sheng Ding PhD | CA | | 1st | $60,000.00 | 1-Jun-04 |
| 9 | Mryka Quik PhD | CA | | 1st | $48,562.00 | 15-Nov-03 |
| | | | | 2nd | $48,562.00 | 15-Feb-04 |
| | | | | 3rd | $50,092.50 | 15-Sep-04 |
| 10 | William Melenga, PhD | CA | | 1st | $56,190.00 | 15-Dec-03 |
| | | | | 2nd | $56,190.00 | 24-Jun-03 |
| 11 | Lorene Nelson | CA | | 1st | $84,916.25 | 25-Aug-04 |
| | | | | 2nd | $84,916.25 | 1-Dec-04 |
| 12 | Caroline Tanner | | | 1st | $67,290.00 | 24-Jun-03 |
| | | | | 2nd | $67,290.00 | 1-Dec-03 |
| | | | | 3rd | $69,624.00 | 1-Jun-04 |



EXHIBIT A

| # | Name | State | Purpose | Installment | Amount | Date |
|---|---|---|---|---|---|---|
|  |  |  |  | 4th | $60,000.00 | 1-Aug-04 |
|  |  | CA |  | 5th | $69,624.00 | 1-Dec-04 |
| 13 | David Cox |  |  | 1st | $1,421,839.50 | 1-Jun-04 |
|  |  | CA |  | 2nd | $1,421,839.50 | 1-Nov-04 |
| 14 | Fred Gage |  |  | 1st | $95,221.25 | 1-Mar-02 |
|  |  |  |  | 2nd | $95,221.25 | 29-Aug-02 |
|  |  |  |  | 3rd | $95,221.25 | 27-Jan-03 |
|  |  | CA |  | 4th | $95,221.25 | 1-Aug-03 |
| 15 | Seung-Jae Lee | CA |  | 1st | $61,627.75 | 27-Dec-02 |
|  |  |  |  | 2nd | $61,627.75 | 24-Jun-03 |
|  |  |  |  | 3rd | $61,627.75 | 15-Dec-03 |
|  |  |  |  | 4th | $61,627.75 | 15-Jun-04 |
|  |  |  | Research aimed at accelerating the cure for Parkinson's disease. | Total= $4,582,566.75 | | |
| 16 | Kimberly Bjugstad |  |  | 1st | $57,881 | 3-Dec-03 |
|  |  | CO |  | 2nd | $57,881 | 1-Jun-04 |
|  |  |  |  | Total= $115,762.00 | | |
| 17 | Gene Redmond | CT |  | 1st | $907,826.00 | 8-Jun-04 |
| 18 | Daniel Chase |  |  | 1st | $62,500.00 | 27-Dec-02 |
|  |  |  |  | 2nd | $62,500.00 | 24-Jun-03 |
|  |  |  |  | 3rd | $62,500.00 | 15-Dec-03 |
|  |  | CT |  | 4th | $62,500.00 | 15-Jun-04 |
|  |  |  |  | Total= $1,157,826.00 | | |
| 19 | Matt Farrer |  |  | 1st | $62,500.00 | 31-Dec-02 |
|  |  |  |  | 2nd | $62,500.00 | 1-Jul-03 |
|  |  |  |  | 3rd | $62,500.00 | 1-Jan-04 |
|  |  |  |  | 4th | $62,500.00 | 1-Jul-04 |
|  |  | FL |  | 5th | $60,000.00 | 1-Oct-04 |
| 20 | Leonardo Petrucelli |  |  | 1st | $93,750.00 | 31-Dec-02 |
|  |  |  |  | 2nd | $93,750.00 | 15-Jul-03 |
|  |  |  |  | 3rd | $93,750.00 | 1-Jan-04 |
|  |  | FL |  | 4th | $93,750.00 | 1-Jul-04 |
| 21 | Richard Voellmy |  |  | 1st | $25,000.00 | 6-Feb-03 |
|  |  | FL |  | 2nd | $25,000.00 | 24-Jun-03 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 22 | Michael Okun | | | 1st | $61,018.50 | 27-Dec-02 |
| | | | | 2nd | $61,018.50 | 24-Jun-03 |
| | | | | 3rd | $61,018.50 | 15-Dec-03 |
| | | FL | | 4th | $62,268.00 | 15-Jun-04 |
| | | | | Total= $980,323.50 | | |
| 23 | Dieter Jaegar | | | 1st | $53,607.25 | 27-Dec-02 |
| | | | | 2nd | $53,607.25 | 24-Jun-03 |
| | | | | 3rd | $53,607.25 | 15-Dec-03 |
| | | GA | | 4th | $53,607.25 | 15-Jun-04 |
| | | | | Total= $214,429.00 | | |
| 24 | Xiaoxi Zhuang | | | 1st | $62,500.00 | 3-Dec-03 |
| | | | Research aimed at accelerating the cure for Parkinson's disease. | 2nd | $62,500.00 | 1-Jun-04 |
| | | IL | | 3rd | $62,500.00 | 4-Dec-04 |
| 25 | Paul M. Carvey | | | 1st | $65,583.70 | 24-Jun-03 |
| | | | | 2nd | $65,583.70 | 1-Dec-03 |
| | | | | 3rd | $65,583.70 | 1-Jun-04 |
| | | IL | | 4th | $65,583.70 | 1-Dec-04 |
| 26 | Kathy Steece-Collier | | | 1st | $78,165.50 | 24-Jun-03 |
| | | | | 2nd | $78,165.50 | 1-Dec-03 |
| | | | | 3rd | $80,719.00 | 1-Jun-04 |
| | | IL | | 4th | $80,719.00 | 1-Dec-04 |
| 27 | Jeff Kordower | | | 1st | $95,533.00 | 1-Jun-04 |
| | | IL | | 2nd | $97,767.00 | 1-Dec-04 |
| | | | | Total= $960,903.80 | | |
| 28 | Tatiana Foroud | | | 1st | $18,813.00 | 1-Apr-04 |
| | | IN | | 2nd | $60,580.00 | 1-Oct-04 |
| | | | | Total= $79,393.00 | | |
| 29 | Ole Isacson | MA | | | $8,565.00 | 1-Dec-04 |
| 30 | Michael Sclossmacher | | | 1st | $40,000.00 | 31-Dec-02 |
| | | MA | | 2nd | $40,000.00 | 1-Jul-03 |
| 31 | Michael Scwarzschild | | | 1st | $62,500.00 | 3-Dec-03 |
| | | | | 2nd | $62,500.00 | 1-Jun-04 |
| | | MA | | 3rd | $62,500.00 | 4-Dec-04 |
| 32 | Dong-Youn Hwang | | | 1st | $62,497.75 | 1-Jun-04 |
| | | MA | | 2nd | $62,497.75 | 1-Dec-04 |
| 33 | Clemens Scherzer | | | 1st | $31,250.00 | 1-Apr-04 |
| | | MA | | 2nd | $31,250.00 | 1-Oct-04 |

| # | Name | State | Description | Payment | Amount | Date |
|---|------|-------|-------------|---------|--------|------|
| 34 | Steven Gullans | | | 1st | $75,734.00 | 31-Dec-02 |
| | | | | 2nd | $75,734.00 | 1-Jul-03 |
| | | | | 3rd | $75,734.00 | 1-Jan-04 |
| | | MA | | 4th | $75,734.00 | 1-Jul-04 |
| 35 | Alberto Ascherio | | | 1st | $134,655.50 | 27-Dec-02 |
| | | | | 2nd | $134,655.50 | 24-Jun-03 |
| | | MA | | 3rd | $134,655.50 | 15-Jun-04 |
| | | | | Total= $1,170,463.00 | | |
| 36 | Tomas Guilarte | | | 1st | $115,750.00 | 31-Dec-02 |
| | | | Research aimed at accelerating the cure for Parkinson's disease. | 2nd | $115,750.00 | 1-Jul-03 |
| | | | | 3rd | $115,750.00 | 1-Jan-04 |
| | | MD | | 4th | $115,750.00 | 1-Jul-04 |
| 37 | Ted Dawson | | | 1st | $63,558.25 | 1-Jun-04 |
| | | MD | | 2nd | $63,558.25 | 1-Dec-04 |
| 38 | Ron McKay | | | 1st | $102,500.00 | 1-Mar-02 |
| | | | | 2nd | $102,500.00 | 1-Sep-02 |
| | | | | 3rd | $251,097.50 | 27-Jan-03 |
| | | MD | | 4th | $251,097.50 | 1-Aug-03 |
| | | | | Total= $1,297,311.50 | | |
| 39 | David Loeffler | | | 1st | $25,000.00 | 24-Jun-03 |
| | | MI | | 2nd | $37,500.00 | 1-Dec-03 |
| 40 | Matthew Galloway | | | 1st | $25,000.00 | 31-Dec-02 |
| | | MI | | 2nd | $25,000.00 | 1-Jul-03 |
| 41 | Peter LewWitt | | | 1st | $25,000.00 | 31-Dec-02 |
| | | MI | | 2nd | $25,000.00 | 1-Jul-03 |
| | | | | Total= $162,500.00 | | |
| 42 | Rolf Gruetter | | | 1st | $25,000.00 | 31-Dec-02 |
| | | MN | | 2nd | $25,000.00 | 1-Jul-03 |
| 43 | Demetrius Maraganore | | | 1st | $125,000.00 | 1-Apr-04 |
| | | MN | | 2nd | $125,000.00 | 1-Oct-04 |
| | | | | Total= $300,000.00 | | |
| 44 | Kalipada Pahan | | | 1st | $31,250.00 | 3-Dec-03 |
| | | | | 2nd | $31,250.00 | 1-Jun-04 |
| | | NE | | 3rd | $31,250.00 | 4-Dec-04 |
| | | | | Total= $93,750.00 | | |
| 45 | Renping Zhou | | | 1st | $50,000.00 | 3-Dec-03 |
| | | | | 2nd | $50,000.00 | 1-Jun-04 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | NJ | | 3rd | $50,000.00 | 4-Dec-04 |
| 46 | Gail Zeevalk | NJ | | 1st | $662,500.00 | 15-Oct-03 |
| 47 | Ira Black | NJ | Research aimed at accelerating the cure for Parkinson's disease. | 1st | $93,750.00 | 1-Mar-02 |
| | | | | 2nd | $93,750.00 | 29-Ag-02 |
| | | | | 3rd | $93,750.00 | 27-Jan-03 |
| | | | | 4th | $93,750.00 | 1-Aug-03 |
| | | | | Total= $1,187,500.00 | | |
| 48 | Flint Beal | NY | | 1st | $83,375.00 | 31-Dec-02 |
| | | | | 2nd | $83,375.00 | 1-Jul-03 |
| | | | | 3rd | $83,375.00 | 1-Jan-04 |
| | | | | 4th | $83,375.00 | 1-Jul-04 |
| 49 | Peter Werner | NY | | 1st | $62,439.00 | 3-Dec-03 |
| | | | | 2nd | $62,439.00 | 1-Jun-04 |
| | | | | 3rd | $62,439.00 | 4-Dec-04 |
| 50 | Flint Beal | NY | | 1st | $62,500.00 | 15-Oct-03 |
| 51 | Richard Davis | NY | | 1st | $62,500.00 | 27-Dec-02 |
| | | | | 2nd | $62,500.00 | 24-Jun-03 |
| | | | | 3rd | $62,500.00 | 15-Dec-03 |
| | | | | 4th | $62,500.00 | 15-Jun-04 |
| | | | | Total= $833,317.00 | | |
| | | | | Grand Total= $13,936,576.05 | | |

*Arrived 4/26*



**UNITED STATES
OFFICE OF PERSONNEL MANAGEMENT
WASHINGTON, DC 20415-1000**

OFFICE OF THE DIRECTOR

APR 24 2006

Ms. Cynthia S. Schneible
President
Health & Medical Research Charities of America
21 Tamal Vista Blvd., Suite 209
Corte Madera, CA 94925

Dear Ms. Schneible:

We have completed a review of your federation's application to participate in the 2006 Combined Federal Campaign (CFC). I am admitting Health & Medical Research Charities of America and 109 of the 117 member organizations included in your original list for participation in the 2006 CFC. Eight member organizations appearing on your list have been denied participation in the 2006 CFC. These are:

    American Association of Kidney Patients
    Down Syndrome Research and Treatment Foundation
    International AIDS Vaccine Initiative, Inc.
    Medical Education Institute
    Michael J. Fox Foundation
    Multiple Sclerosis, The Heuga Center
    Osteoporosis Foundation
    Sturge-Weber Foundation

An explanation of the reasons for each of these denials appears in Attachment One of this letter. If, after reviewing the eligibility requirements for CFC (appearing at 5 CFR Part 950), you believe an error was made in reviewing these members' applications, you may appeal the denials to Dan G. Blair, Deputy Director of the Office of Personnel Management. Your appeal need only respond to the deficiencies described in Attachment One. Your appeal must be in writing and must be received within 10 business days from the date you receive this letter. Appeals should be sent to:

    U.S. Office of Personnel Management
    CFC Operations – Room 5450
    1900 E Street, NW
    Washington, DC 20415

OPM continues to experience significant delays with mail service associated with irradiating mail prior to its delivery to Federal offices. As a result, all organizations submitting an appeal are vigorously encouraged to use "next day" or "overnight delivery."



CON 131-64-4

Please note that we have found the following six members eligible. Although their administrative and fundraising rates exceed 25%, their explanation and formal plan to reduce the rate meets the requirement of 5 CFR §950.203(a)(4). They are:

   Alliance for Aging Research (31.0%)
   Anxiety Disorders, Panic & Stress Research and Awareness Foundation (26.2%)
   Cure Autism Now (26.2%)
   Gluten Intolerance Group (28.3%)
   Myelin Project (34.0%)
   Narcolepsy Network (38.9%)

Best wishes for a successful 2006 campaign!

Sincerely,

*[signature]*

Mara T. Patermaster, Director
Office of CFC Operations

Attachment

Health & Medical Research Charities of America
2006 CFC Application
Attachment One

- American Association of Kidney Patients – Attachment A of the application did not include sufficient information to support a claim that the organization provided or conducted real services, benefits, assistance, or program activities in 15 or more different states over the three-year period immediately preceding January 2006. The attachment contained repetitive text to describe services of the applicant in each state, which is not permitted per CFC Memo 2004-10.

- Down Syndrome Research and Treatment Foundation – Attachment A of the application did not include sufficient information to support a claim that the organization provided or conducted real services, benefits, assistance, or program activities in 15 or more different states over the three-year period immediately preceding January 2006.

- International AIDS Vaccine Initiative, Inc. – Attachment D of the application (IRS Form 990) reports that 89% of the organization's revenue is derived from government contributions. The CFC regulations require that eligible organizations receive less than 80% of their total revenue from government support.

- Medical Education Institute – The certified public accountant who prepared the organization's audited financial statements (Attachment C) states that he was unable to perform the audit in accordance with generally accepted auditing standards (GAAS) and could not determine if a material amount of revenue was accurately recorded in accordance with generally accepted accounting principles (GAAP). The CFC regulations at 5 CFR §950.203(a)(2) require each organization seeking CFC eligibility to submit audited financial statements prepared by an independent certified public accountant in accordance with Generally Accepted Auditing Standards (GAAS).

- Michael J. Fox Foundation – Attachment A of the application did not include sufficient information to support a claim that the organization provided or conducted real services, benefits, assistance, or program activities in 15 or more different states over the three-year period immediately preceding January 2006. Service in 2002 is outside the scope of the three-year period.

- Multiple Sclerosis, The Heuga Center – The organization's administrative and fundraising rate is 42.2%. It did not submit an adequate Attachment E. CFC eligibility regulations at 5 CFR §950.203(a)(4)(i) require submission of an explanation for an administrative and fundraising rate in excess of 25% and a formal plan to reduce the rate below 25 percent.

- Osteoporosis Foundation – The organization's administrative and fundraising rate is 30.0%. It did not submit an adequate Attachment E. CFC eligibility regulations at 5 CFR §950.203(a)(4)(i) require submission of an explanation for an administrative and fundraising rate in excess of 25% and a formal plan to reduce the rate below 25 percent.

- The Sturge-Weber Foundation – Attachment A of the application did not include sufficient information to support a claim that the organization provided or conducted real services, benefits, assistance, or program activities in 15 or more different states over the three-year period immediately preceding January 2006.

**Health**
& MEDICAL RESEARCH
CHARITIES OF AMERICA

May 3, 2006

Mr. Dan G Blair
Deputy Director
U. S. Office of Personnel Management
CFC Operations – Room 5450
1900 E Street, NW
Washington, DC  20415



Dear Mr. Blair:

On April 26, 2006, we received a letter from Ms. Mara Patermaster [Exhibit 1] finding 109 member charities of Health & Medical Research Charities of America eligible for participation in the Fall 2006 Combined Federal Campaign. Thank you.

Eight members were denied. HMR hereby appeals five denials.

### American Association of Kidney Patients

OPM denied American Association of Kidney Patients (AAKP) because it did "not include sufficient information to support a claim that it provided or conducted real services, benefits, assistance, or program activities in 15 or more states over the three-year period immediately preceding January 2006." OPM's reviewer, citing Memorandum 2004-10, claims AAKP's Attachment A "contained repetitive text to describe services of the applicant in each state which is not permitted per CFC Memo 2004-10." HMR and SSF appeal this denial as an inaccurate reading of Memo 2004-10, that the denial is based on an incomplete review of the documentation, and that it is an inconsistent and arbitrary review of the federation's submitted documentation.

Memorandum 2004-10 does not include the reviewer's phrase "repetitive text." 2004-10 says that in "some instances… descriptions that replicate the identical information for each state in which service is claimed does not adequately allow OPM to determine that the real services, benefits, assistance or program activities were provided." 2004-10 does not state use of these type descriptions are "not permitted" but that "OPM will exercise discretion" to enable its judgment of those Attachment A submissions.

---

21 Tamal Vista Blvd., Suite 209 • Corte Madera, CA 94925 • Phone (800) 626-6891 • Fax (415) 924-1379
Email: info@hmr.org   Web: www.hmr.org

In addition, the OPM reviewers claim that AAKP's Attachment A has "repetitive text" which, while not a basis for denial in itself as described above, is an incomplete review of AAKP's Attachment A [Exhibit 2]. AAKP's Attachment A does include information for several states that details AAKP's "Finding Your Strength Educational Program". While the statement for this program is similar, the dates, locations and numbers served in each state are unique and apply specifically to each single event. For example, in Florida there was a presentation in March 2003 to 46 people at the Tampa Bay Chapter, a separate presentation in March 2003 to 42 people in St Augustine, and another presentation in October 2003 to 25 people in the South Florida Chapter. While the "Finding Your Strength Program" presentation may be the same, this level of detail certainly provides "sufficient information to support a claim of service" to Florida. We ask that OPM to approve this presentation as sufficient to meet Attachment A standards.

Finally, in denying AAKP's Attachment A, OPM's reviewer has made an inconsistent, arbitrary review of AAKP's application. As part of its initial federation application to OPM, HMR included the Attachment A for new applicant Self Help for Hard of Hearing People [Exhibit 3]. SHHH's Attachment A includes a single service, repetitive statement description of presentations made by Dr. Terry Portis. This description of services is substantially similar to AAKP's Attachment A and yet OPM approved SHHH's application for the 2006 CFC.

Based on the above facts, HMR and AAKP ask that the decision to deny be reversed.

## Down Syndrome Research and Treatment Foundation

OPM denied Down Syndrome Research and Treatment Foundation (DSRTF) because it did "not include sufficient information to support a claim that it provided or conducted real services, benefits, assistance, or program activities in 15 or more states over the three-year period immediately preceding January 2006." Ms. Patermaster's letter does not give further specifics for DSRTF as it did in the AAKP's case above. HMR respectfully asserts that the previously submitted Attachment A was sufficient to meet eligibility and OPM has conducted an inconsistent, arbitrary review of this organization's application materials over the last two years. Finally, that by not detailing the specific reasons for its denial of DSRTF, OPM has effectively denied the applicant its due process appeal rights under 5CFR§950.

DSRTF's Attachment A [Exhibit 4] states on page 1 that it is detailing activities for its "most recent fiscal year, 9/04 to present." DSRFT lists activities from late 2004 through 2005 in 16 states, including dates, places and a description of services provided at each event. DSRTF further includes a report entitled "Application for Combined Federal Campaign; Attachment A – 2005 Application" that details activities during 2003 and 2004. This data clearly provides "sufficient information to support" DSRTF's claim of service to 15 states. HMR stands by its approval of this documentation and asks OPM to reconsider its decision to deny.

*(HMR Appeal – Page 3)*

Furthermore, as DSRTF states in Exhibit 5, their "Application for Combined Federal Campaign; Attachment A – 2005" is <u>the exact documentation submitted and approved by OPM for DSRTF's inclusion in the 2005 CFC. The dates of service on the document (2003-2004) still fall under the three year rule to qualify for the 2006 application.</u> In additional DSRTF followed the 2005 OPM approved format and included additional 2005 services covering 16 states. HMR requests that an OPM reconsider its denial. Otherwise based on the facts, OPM's decision to deny will be inconsistent with its earlier finding of eligibility.

Finally, HMR asks that OPM accept and approve DSRTF's Attachment A because by not detailing specifically its basis for denial, as OPM did for other HMR applicants, OPM has denied DSRTF an adequate appeal process.

Based on the above facts, HMR and DSRTF ask that the decision to deny be reversed.

## Michael J. Fox Foundation for Parkinson's Research

OPM denied Michael J. Fox Foundation for Parkinson's Research (MJFF) because it did "not include sufficient information to support a claim that it provided or conducted real services, benefits, assistance, or program activities in 15 or more states over the three-year period immediately preceding January 2006." Specifically, OPM's reviewer states: "Service to 2002 is outside the scope of the three year period." HMR and MJFF appeal this denial as an incomplete review of the documentation and an improper application of CFC standards. Furthermore HMR asserts that it is an inconsistent and arbitrary review of the federation's submitted documentation.

MJFF's submitted Attachment A [Exhibit 6] does include a few inclusions of grant payment dates during 2002. None of these were used by HMR as a basis for approval because each was followed by two or three additional large grants during the years 2003 and 2004. Therefore HMR contends that a complete reading of the MJFF's shows "sufficient information to support a claim of service" during 2003-2005.

OPM's review claim that "2002 is out the scope" of the three year period is not contested in this appeal. What HMR does argue is that simply including information outside the three-year period is not a basis for denial. That information is simply disregarded. MJFF's Attachment A includes 16 states of service and no state relies solely on service during 2002 to qualify. Each includes additional grants during 2003 and 2004. To deny on the basis of inclusion of 2002 information is an improper application of the three-year standard.

Finally, in denying MJFF's Attachment A, OPM's reviewer has made an inconsistent, arbitrary review of AAKP's application. As part of OPM's sample request of HMR applications [Exhibit 7], included the Attachment A for new applicant Loma Linda University Medical Center [Exhibit 8]. LLUMC Attachment A includes a 2002 column of service for each state. This inclusion of 2002 information is substantially similar to MJFF Attachment A and yet OPM approved LLUMC's application for the 2006 CFC.

Based on the above facts, HMR and MJFF ask that the decision to deny be reversed.

### Multiple Sclerosis, The Heuga Center

OPM denied Multiple Sclerosis, The Heuga Center (THC) because it did not submit an "adequate Attachment E" which requires an explanation for rate above 25% and a formal plan to reduce.

THC's previously submitted Attachment E [Exhibit 9] is attached along with THC's appeal submission [Exhibit 10] that elaborates on the previously submitted explanation and plan to reduce. HMR and THC respectfully request that OPM review the submitted materials and reconsider its denial of a one-year overhead waiver for THC.

### The Sturge-Webber Foundation

OPM denied the Sturge-Webber Foundation (SWF) because it did "not include sufficient information to support a claim that it provided or conducted real services, benefits, assistance, or program activities in 15 or more states over the three-year period immediately preceding January 2006." Ms. Patermaster's letter does not give further specifics for SWF as it did in the AAKP's case above. HMR respectfully asserts that the previously submitted Attachment A was sufficient to meet eligibility specifically described in OPM Memo 2003-9. Also, this appeal asserts that OPM has conducted an inconsistent review of this organization's application materials over the last two years. Finally, that by not detailing the specific reasons for its denial of DSRTF, OPM has effectively denied the applicant its due process appeal rights under 5CFR§950.

SWF Attachment A [Exhibit 11] includes dates, places and a description of services provided to 19 states. OPM's Memo 2003-9 provides a section titled "Example of Qualifying Attachment A." The SWF's submitted Attachment A is substantially similar to the content and format stipulated in Memo 2003-9 and clearly provides "sufficient information to support" SWF's claim of service to 15 states. HMR stands by its approval of this documentation and asks OPM to reconsider its decision to deny.

Furthermore, as SWF states in Exhibit 12, OPM reviewed and approved for 2005 participation documentation that was substantially less in detail than SWF's 2006 submitted Attachment A. At HMR's request, SWF submitted additional information using OPM Memo 2003-9 as a guide. OPM's decision to deny is inconsistent with its previous decision. OPM accepted a less detailed Attachment A from the organization when it applied as an unaffiliated in 2005 than when it applied with HMR in 2006.

Finally, HMR asks that OPM accept and approve SWF's Attachment A because by not detailing specifically its basis for denial, as OPM did for other HMR applicants, OPM has denied SWF an adequate due process appeal.

Thank you very much for considering these appeals.

OPM's decisions for **International AIDS Vaccine Initiative, Medical Education Institute, and Osteoporosis Foundation** will not be appealed.

Respectfully,

*Cindy Schneible*
Cindy Schneible
President

cc:   Mac Canter, Copilevitz & Canter, L L C

Encl.  Exhibits 1-12



EXHIBIT 8

# Attachment A: Services Provided

**Organization Name:** Loma Linda University Medical Center

United States: Loma Linda University Medical Center provides a variety of in- and out-patient patient health and medical services to adults and children from across the country and around the world through its facilities in Loma Linda, California. In addition, our educational programs and research efforts impact people throughout the United States and the globe - through direct patient care provided by those trained here and through the research findings implemented at other health-care facilities. (A complete list of services provided at the Medical Center is in Attachment C.) In 2002-2004 we cared for people from all 50 states, plus the District and other US areas. Below are the total number of in- and out-patient discharges and visits, excluding those from California, at the Medical Center in 2002, 2003, and 2004:

| State | 2002 | 2003 | 2004 | State | 2002 | 2003 | 2004 |
|---|---|---|---|---|---|---|---|
| Alabama | 50 | 35 | 29 | Missouri | 61 | 54 | 47 |
| Alaska | 73 | 25 | 32 | Montana | 28 | 57 | 46 |
| APO AE | 1 | 7 | 5 | Nebraska | 25 | 22 | 12 |
| APO AP | 2 | 8 | 4 | Nevada | 403 | 446 | 379 |
| Arizona | 686 | 691 | 607 | New Hampshire | 8 | 4 | 6 |
| Arkansas | 58 | 35 | 26 | New Jersey | 17 | 19 | 34 |
| Colorado | 115 | 132 | 154 | New Mexico | 118 | 154 | 174 |
| Connecticut | 16 | 16 | 8 | New York | 40 | 61 | 81 |
| Delaware | 2 | 0 | 4 | North Carolina | 44 | 48 | 27 |
| District of Columbia | 4 | 6 | 3 | North Dakota | 11 | 10 | 10 |
| Florida | 152 | 178 | 174 | Ohio | 60 | 64 | 52 |
| Georgia | 32 | 51 | 51 | Oklahoma | 57 | 87 | 80 |
| Guam / Other Islands | 220 | 348 | 100 | Oregon | 240 | 279 | 204 |
| Hawaii | 70 | 73 | 52 | Pennsylvania | 50 | 79 | 55 |
| Idaho | 69 | 109 | 79 | Puerto Rico / VI | 3 | 10 | 15 |
| Illinois | 119 | 104 | 128 | Rhode Island | 1 | 5 | 6 |
| Indiana | 46 | 62 | 21 | South Carolina | 23 | 18 | 18 |
| Iowa | 17 | 44 | 28 | South Dakota | 13 | 25 | 14 |
| Kansas | 33 | 53 | 22 | Tennessee | 56 | 69 | 61 |
| Kentucky | 27 | 39 | 16 | Texas | 324 | 329 | 317 |
| Louisiana | 10 | 14 | 20 | Utah | 90 | 99 | 73 |
| Maine | 2 | 6 | 3 | Vermont | 6 | 1 | 12 |
| Maryland | 59 | 50 | 45 | Virginia | 66 | 68 | 40 |
| Massachusetts | 37 | 41 | 40 | Washington | 292 | 298 | 320 |
| Michigan | 55 | 82 | 74 | West Virginia | 10 | 15 | 16 |
| Minnesota | 60 | 39 | 37 | Wisconsin | 19 | 35 | 29 |
| Mississippi | 14 | 9 | 15 | Wyoming | 33 | 47 | 65 |

International: In addition to services provided to people from the United States and other countries who travel to Loma Linda for care, Loma Linda University Medical Center and its staff provide services and care to people at locations around the world. A primary international site is at the Sir Run Run Shaw Hospital in Hangzhou, China. Through its role as senior advisor, the Medical Center impacts the health and well being of the hundreds of thousands of people who visit the hospital each year. At present, three Loma Linda University Medical Center employees are permanently based full time at the Sir Run Run Shaw Hospital. They are key staff members at the Hospital and serve on all clinical and administrative committees. In addition, other clinical professionals (nurses, doctors, other health professionals) from Loma Linda travel to China throughout the year to train Sir Run Run Shaw clinical employees in health-related topics. Yet another way the two hospitals interact is via an internship program at Loma Linda. Eight employees from Sir Run Run Shaw come to Loma Linda for three-month rotations in the areas of nursing, other clinical professions, and administration. Other Loma Linda University Medical Center employees have responsibilities in coordinating activities and consulting with staff at Sir Run Run Shaw from their home base in Loma Linda.



EXHIBIT D



UNITED STATES
OFFICE OF PERSONNEL MANAGEMENT
WASHINGTON, DC 20415-1000

OFFICE OF THE DIRECTOR

JUL 17 2006

Ms. Cynthia S. Schneible
President
Health & Medical Research Charities of America
21 Tamal Vista Boulevard, Suite 209
Corte Madera, CA 94925

Dear Ms. Schneible:

Pursuant to the authority delegated by the Director of the U.S. Office of Personnel Management (OPM), Linda M. Springer, I have completed a review of Health & Medical Research Charities of America's appeal on behalf of five member organizations to be listed as a national/international unaffiliated agency for the 2006 Combined Federal Campaign. I am admitting Multiple Sclerosis, The Heuga Center and Down Syndrome Research and Treatment Foundation. I am sustaining the decision to deny the applications of the American Association of Kidney Patients, Michael J. Fox Foundation for Parkinson Research, and The Sturge-Webber Foundation. This brings the total number of organizations approved for participation to 111.

Eligibility criteria regulations for CFC national organizations are set forth at 5 CFR §950.202 and §950.203. These regulations require that national and international applicants provide a schedule of real services, benefits, assistance, or program activities in at least 15 or more different states or one foreign country within the three year period immediately preceding the start of the campaign year to which it is applying. The American Association of Kidney Patients is denied because the applicant has claimed services in states for which it had only provided educational materials about the organization's work. Mere dissemination of information and publications is not considered a real service and does not meet the national eligibility criteria. Services claimed for this applicant in the states of Alabama, Colorado, District of Columbia, Indiana, and Utah are therefore not considered sufficient to satisfy the national eligibility criteria. Use of repetitive text typically makes it more difficult for OPM to determine that an applicant has demonstrated provision of real services, and OPM has determined, in its judgment, that in this instance the use of broad descriptions replicating identical information for a variety of the states in which service was claimed did not adequately allow OPM to determine that real services, benefits, assistance or program activities were in fact provided, nor did it enable OPM to determine the individuals or entities who benefited. Use of repetitive text by another applicant is not relevant to this determination.



EXHIBIT E

Ms. Cynthia S. Schneible
Page 2

The Michael J. Fox Foundation for Parkinson Research is denied because the level of service in a number of states is insufficient to satisfy eligibility criteria. The award of a grant in 2002 is a service outside the scope of the three year period. The fact that multiple payments are made with respect to that grant in years subsequent to 2002 does not qualify each of the multiple payments as an independent service, as the award had already been made. Thus, service, in Alabama and Georgia are not considered states in which the applicant has demonstrated service sufficient to satisfy national eligibility criteria. Moreover, regarding a variety of states in which a single grant was provided, the organization was viewed as providing an insufficient level of service to satisfy national eligibility criteria.

The Sturge-Weber Foundation is denied because the description of some of the activities set forth in its Attachment A are not considered to constitute real services, benefits, assistance or program activities. As an example, services claimed in Hawaii are "a local family held yard sale and distributed information." Raising funds may assist the organization to accomplish its mission, but the application fails to demonstrate that the applicant organization provided services or benefits in that state. Mere dissemination of information and publications is not considered a real service and does not meet the national eligibility criteria, which is set forth by regulation at 5 CFR 950.202(a) and are further explained in CFC Memorandum 2004-10. Service in the following states was similarly discounted: Illinois; Louisiana; Utah; Virginia; and Washington. Services claimed in Florida and Wisconsin feature publicity for the organization but do not clearly demonstrate real services provided by the organization. Whether an application has been accepted in a prior year is not relevant to each annual eligibility determination, and particularly so in this case as the 2005 CFC application was not reviewed by OPM but was the subject of a federation certification of eligibility.

The Office of CFC Operations will be contacting you via email (info@hmr.org) with instructions on how to provide the 25-word statements that will appear with your federation's listing in the 2006 CFC brochure.

Best wishes for a successful 2006 campaign.

Sincerely,

Dan G. Blair
Deputy Director

This page can be found on the web at the following url:
http://www.opm.gov/cfc/html/cal2005-2006.asp

# Office of Personnel Management
The Federal Government's Human Resources Agency





**Donors**     **Campaigns**     **Charities**

Combined Federal Campaign

   

*Disasters Emergencies*

## 2005/2006 Calendar of Events

**Search CFC:**

[Submit Query]

2005/2006 | 2004/2005 | 2003/2004

| Date | Event |
|---|---|
| September 1 – December 15, 2005 | 2005 Combined Federal Campaign official solicitation period. -- 5 CFR §950.102(a) |
| September 15, 2005 | Deadline for LFCCs to send copies of the CFC Audit Guide reports and supporting documentation to OPM. |
| December 1, 2005 | 2006 PCFO financial information for payroll disbursements due to OPM. |
| December 1, 2005 | OPM will begin to accept 2006 National/International applications |
| December 8, 2005 | 2006 CFC National/International Application Training |
| December 15, 2005 | OPM transmits listing of PCFO financial information to payroll offices for disbursements made during the 2006 pay year. |
| December 15, 2005 | Recommended deadline for LFCC decisions on 2006 campaign mergers and expansions. |
| January 13, 2006 | Recommended deadline for LFCC to advertise for 2006 PCFO applications via Public Notice. (Regulatory deadline is February 1.) The application period must be open a minimum 14 calendar days, but it is recommended that it remain open for 30 calendar days. -- 5 CFR §950.104(c) |
| January 31, 2006 | Closing date for National/International applications (Must be received in CFC Office no later than 5:00pm EST. Late |

Welcome
Top of the News
Search Options
Contacts
Accountability
Regulations and Guidance
Charity Qualifications and Materials
Campaign Results, Trends and History
FAQs
Glossary
Archives
Email CFC

FIRSTGOV



| | applications will not be considered.) |
|---|---|
| February 1, 2006 | Regulatory deadline for LFCC to advertise for 2006 PCFO. |
| February 15, 2006 | Recommended deadline for 2006 PCFO Applications to the LFCC. |
| March 8-11, 2006 | CFC Regional Workshop – Ft. Lauderdale, FL |
| March 13, 2006 | Recommended opening date for 2006 local applications. (Recommended date only - LFCCs may determine the application period dates for their individual campaign-however, all local application decisions must be completed by the LFCC no later than May 5, 2006.) |
| March 15, 2006 | Deadline for LFCCs to select a PCFO - 5 CFR §950.801(a)(3) |
| March 15, 2006 | Deadline for PCFOs to mail to designated agencies the names and addresses of 2005 donors who wish to receive acknowledgement of their gift. -- 5 CFR §950.601(c) |
| March 15, 2006 | Deadline for PCFOs to mail designation or "accounting" letters to designated charities and/or federations. - 5 CFR §950.601(c) |
| March 24, 2006 | Deadline for Submission of Form 1417 to OPM. |
| April 1, 2006 | Deadline for Large CFCs (More than $500,000 in receipts) to begin 2005 disbursements. - 5 CFR §950.901(i)(2) |
| April 9-12, 2006 | CFC Regional Workshop - Palm Springs, CA |
| April 14, 2006 | Recommended closing date for 2006 Local applications |
| May 5, 2006 | Recommended date for LFCC to notify local organizations of eligibility decisions in writing. -- 5 CFR §950.204(e) |
| May 22, 2006 | LFCCs begin receiving appeals within seven (7) business days of the date of receipt of the initial LFCC decision or fourteen (14) calendar days from the date the decision was mailed, whichever is earlier. |
| June 1, 2006 | Deadline for Small CFCs (Less than $500,000 in receipts) to begin 2005 disbursements. - 5 CFR §950.901(i)(2) |
| June 16, 2006 | Deadline for decisions by LFCC on all local organization appeals. |

| | |
|---|---|
| July 31, 2006 | Date for completion of 2006 National/International List of Participating Agencies (posted on OPM website) |
| July 31, 2006 | Target date for OPM to complete Local appeals. |
| August 1, 2006 | CFC Audit Guide reports and supporting documentation must be submitted to the LFCC. |
| September 1 - December 15, 2006 | 2006 Combined Federal Campaign Official Solicitation Period. -- 5 CFR §950.102(a) |
| September 15, 2006 | Deadline for LFCCs to send copies of the CFC Audit Guide reports and supporting documentation to OPM. |
| December 1, 2006 | OPM will begin to accept 2007 National/International Applications |

Office of Personnel Management                                           Site Index | A-Z
1900 E Street NW, Washington, DC 20415-1000 | (202) 606-1800 | TTY (202) 606-2532

Contact Us | Important Links | Forms | FAQ's | Products & Services