UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL J. FOX FOUNDATION )<br>　FOR PARKINSON'S RESEARCH )<br>90 Broad Street 10th Floor )<br>New York, NY 10004 )<br>　　　　　　　　　　　　　　　　　 )<br>　　　Plaintiff, )<br>　　　　　　　　　　　　　　　　　 )<br>　　　-v- )<br>　　　　　　　　　　　　　　　　　 )<br>LINDA M. SPRINGER )<br>in her official capacity as )<br>Director of the United States Office )<br>　of Personnel Management )<br>1900 E Street, N.W. )<br>Washington, D.C. 20415-0001, )<br>　　　　　　　　　　　　　　　　　 )<br>　　　Defendant. )<br>　　　　　　　　　　　　　　　　　 ) | Civil Action No._____ |

**MOTION FOR A TEMPORARY RESTRAINING ORDER
AND PRELIMINARY INJUNCTION**

Based upon the verified complaint and the Memorandum of Points and Authorities submitted herewith, plaintiff, The Michael J. Fox Foundation for Parkinson's Research ("MJFF"), respectfully moves the Court as follows:

　　　1.　　To issue a temporary restraining order restraining the exclusion of MJFF from the 2006 Combined Federal Campaign ("CFC") and suspending *pendente lite* the final administrative determination, dated June 18, 2006, by the Deputy Director of the Office of Personnel Management ("Director") denying plaintiff's application for inclusion in the 2006 CFC;

　　　2.　　To issue a preliminary injunction suspending (a) the aforesaid final administrative determination and (b) mandating inclusion of MJFF in the 2006 CFC, pending final hearing and

determination of this cause; and

      3. To issue an order compelling defendant to show cause before this Court why a preliminary injunction should not be issued embracing the terms and conditions set forth above.

      Plaintiff notes that despite receiving its appeal on or about May 5, 2006, OPM did not respond with its final determination until July 17, 2006, which was received on July 24, 2006, just days before the CFC National List is finalized. This gave MJFF only a very brief period of time in which to retain counsel and prepare pleadings, resulting in significant hardship to MJFF.

      For the reasons stated in the Complaint and in the attached Memorandum of Points and Authorities, MJFF submits defendant's decision to exclude MJFF from the 2006 CFC was arbitrary, capricious, and an abuse of discretion and violated MJFF's First Amendment rights. Unless this Court enjoins the denial of MJFF's application for inclusion in the 2006 CFC, MJFF will be immediately and irreparably harmed, for which injury there exists no adequate remedy at law.

      MJFF respectfully request an expedited hearing on this motion.

        Respectfully submitted,

        /s/
        Bernard J. DiMuro, Esq. (D.C. Bar #393020)
        DiMuroGinsberg, P.C.
        908 King Street, Suite 200
        Alexandria, Virginia 22314
        (703) 684-4333
        (703) 548-3181 (facsimile)

        Noland MacKenzie Canter, III (D.C. Bar #93616)
        Mark J. Diskin (D.C. Bar #334086)
        Copilevitz & Canter, LLC
        1900 L Street, N.W., Suite 215
        Washington, D.C. 20036

        *Counsel for Plaintiff*