UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL J. FOX FOUNDATION** )<br>   **FOR  PARKINSON'S RESEARCH** )<br>**90 Broad Street 10th Floor** )<br>**New York, NY 10004** )<br>                                                        )<br>        **Plaintiff,** )<br>                                                        )<br>        -v-                                         ) | Civil Action No._____ |
| **LINDA M. SPRINGER** )<br>**in her official capacity as** )<br>**Director of the United States Office** )<br> **of Personnel Management** )<br>**1900 E Street, N.W.** )<br>**Washington, D.C. 20415-0001,** )<br>                                                        )<br>        **Defendant.** )<br>                                                        )<br>                                                        ) | |

**ORDER TO SHOW CAUSE AND TEMPORARY RESTRAINING ORDER**

Upon review of Plaintiff's  Motion for Temporary Restraining Order and Preliminary Injunction and the verified complaint filed in this case, it is:

Ordered, that defendant shall show cause before this Court,  on _____, 2006 at _____  o'clock ____am., or as soon thereafter as counsel may be heard, why a preliminary injunction should not issue herein enjoining defendant, pending the final hearing and determination of this action, from excluding plaintiff The Michael J. Fox Foundation for Parkinson's Research ("MJFF") from the National List of charities qualified to participate in the 2006 Combined Federal Campaign ("CFC"); and

It appearing to the Court that (1) defendant on or about July 31, 2006 will distribute the 2006 National List of charities admitted to the 2006 CFC, (2) she will do so unless restrained by

order of this Court, and (3) immediate and irreparable injury, loss or damage will result to MJFF before this matter may be heard; it is further,

Ordered, that defendant, her agents, servants, and employees and all persons in active concert and participation with her be and hereby are restrained temporarily from excluding MJFF from the 2006 National List; and it is further,

Ordered, that this Order expire within _____ days after entry unless within such time this Order for good cause shown is extended for a like period, or unless the defendant consents that it may be extended for a longer period; and it is further

Ordered, that service of this Order (together with copies of the pleadings filed herewith) on defendant, the Attorney General, and the United States Attorney for the District of Columbia on or before _____, 2006, at_____ o'clock ___m, shall be deemed sufficient service.


Date:  _____, 2006.              _____
                                            United States District Judge