UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL J. FOX FOUNDATION<br>   FOR PARKINSON'S RESEARCH<br><br>   Plaintiff,<br><br>   -v-<br><br>LINDA M. SPRINGER<br><br>   Defendant. | Civil Action No. 1:06CV01334<br>Judge: Colleen Kollar-Kotelly |

**STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(ii)**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties, by counsel, hereby stipulate to the dismissal of this matter with prejudice as resolved. Each party to bears its own attorneys fees and costs.

Respectfully submitted,

The Parties,
By Counsel

/s/
Bernard J. DiMuro, Esq. (D.C. Bar #393020)
DiMuroGinsberg, P.C.
908 King Street, Suite 200
Alexandria, Virginia 22314
(703) 684-4333
(703) 548-3181 (Fax)

Noland MacKenzie Canter, III, Esq.
(D.C. Bar #93616)
Mark J. Diskin, Esq. (D.C. Bar #334086)
Copilevitz & Canter, LLC
1900 L Street, N.W., Suite 215
Washington, D.C. 20036

*Counsel for Plaintiff*

/s/
Rhonda Fields, Esq.
Assistant U.S. Attorney
   for the District of Columbia
501 3rd Street NW, 4th Floor
Washington DC 20530

/s/
James C. Green, Esq. (D.C. Bar #199737)
Associate General Counsel for
   Office of Personnel Management
1900 E. Street NW, Room 7353
Washington DC 20415-1000
(202)606-1700

*Counsel for Defendant*